**MICHAEL N. FEUER,** City Attorney – SBN 111529
**THOMAS H. PETERS,** Chief Assistant City Attorney – SBN 163388
**CORY M. BRENTE,** Assistant City Attorney – SBN 115453
**SUREKHA A. SHEPHERD,** Deputy City Attorney – SBN 193206
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7036
Fax No.:    (213) 978-8785
Email: Surekha.Shepherd@lacity.org

Attorneys for Defendants **CITY OF LOS ANGELES, CHARLIE BECK, GILBERT ALONSO, MARK FLORES, JOSE BARRAGAN, LOUIS VINCE, GUSTAVO BARRIENTOS** and **DAVID CUETO**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Payam Tavakoli, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a local public entity; Chief Charlie Beck, Officer Gilberto Alonso, Sergeant Cueto, Watch Commander Lou Vince, Lieutenant Barrientos, Officer Flores, Detective Barragan, individually and in their office capacity, and Does 1-20, inclusive<br><br>Defendants. | **CASE NO. 2:18cv-05410-CAS-GJSx**<br>*Hon. Christina A. Snyder, Ctrm. 8D, 1st Street*<br>*Mag. Gail J. Standish, Ctrm. 640, Roybal*<br><br>**[PROPOSED] JUDGMENT AND ORDER** |

The Motion for Summary Judgment (or in the Alternative, Motion for Partial Summary Judgment) by Defendants City of Los Angeles, et al., was heard by this court on March 18, 2019. Deputy City Attorney Surekha A. Shepherd represented the City Defendants. Matthew Rabban represented Plaintiff, Payam Tavakoli.

After hearing and considering all the issues and the evidence presented, the Court granted Defendants' Summary Judgment motion as to all claims brought pursuant to 42 U.S.C. § 1983 and Plaintiff's state law claims brought pursuant to California Civil Code

1

§ 52.1. Accordingly, judgment is hereby entered in Defendants' favor and against Payam Tavakoli. As the Defendants are the prevailing parties, they shall be entitled to recover their costs reasonably incurred pursuant to F.R.C.P. 54(d) and the Local Rules, and may also seek attorneys' fees pursuant to 42 U.S.C. § 1988.

**IT IS SO ORDERED:**

Dated: March 22, 2019

HON. CHRISTINA A. SNYDER
United States District Court Judge